**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 22-cr-00089 (ZMF)** |
| **NANCY BARRON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Adam Dreher. AUSA Adam Dreher will be substituting for AUSA Justin Woodward

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      */s/ Adam Dreher*
Adam Dreher
Assistant United States Attorney
Michigan Bar No. P79246
United States Attorney's Office
District of Columbia
Cell No. (202)-257-8014

**CERTIFICATE OF SERVICE**

On this 31st day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_/s/ Adam Dreher_____
ADAM DREHER
Assistant United States Attorney