UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :    Case No. 22-cr-00089(ZMF)
            v.                    :
                                  :
NANCY BARRON                      :
                                  :
                                  :
            **Defendant**         :

NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Victoria A. Sheets is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW GRAVES
    UNITED STATES ATTORNEY
    DC Bar No.: 481052

    */s/ Victoria A. Sheets*
    VICTORIA A. SHEETS
    NY Bar No. 5548623
    Assistant United States Attorney
    U.S. Department of Justice
    601 D Street NW
    Washington, DC 20530
    (202) 252-7566
    Victoria.Sheets@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of June 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> /s/ Victoria A. Sheets
> Victoria A. Sheets
> Assistant United States Attorney